August 28, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00073-CV

IN THE MATTER OF THE MARRIAGE OF MARY ELAINE DOLL AND JAY
BROCK, Appellant

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 21, 2025.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Jay Brock, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 28, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.